■ In the Matter of FORECLOSURE OF TAX LIENS. JOHN P. JENSEN et al., Appellants; COUNTY OF ERIE, Respondents. (Ap-

peal No. 2.) [718 NYS2d 252] —Order unanimously affirmed without costs (*see, Matter of Foreclosure of Tax Liens [Jensen— County of Erie]*, 278 AD2d 814 [decided herewith]). (Appeals from Order of Erie County Court, Pietruszka, J.—Injunction.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.